IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTOAYNER DE OLIVEIRA-FARIAS,<br>*Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, Field Office Director of<br>Enforcement and Removal Operations,<br>Philadelphia Field Office, ICE, et al.,<br>*Respondent*s. | :<br>:<br>:<br>: | <br><br><br>NO. 26-0160 |

## ORDER

**NOW**, this **12th day** of **January 2026**, upon review of Petitioner Waltoayner De Oliveira-Farias' Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and the docket, it is hereby **ORDERED** as follows:

1. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **January 16, 2026, at 12:00 p.m. (noon).**

2. Petitioner shall **EMAIL** the Petition (ECF No. 1) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **January 13, 2026 at 12 p.m. (noon)**:

    desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov;

    susan.becker@usdoj.gov; gregory.david@usdoj.gov.

3. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Defendants on or before **January 14, 2026 at 5:00 p.m.**

4. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

5. In light of the Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g., Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191); the Court understands that the Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **January 16, 2026, at 4:00 p.m.**

6. If Respondents do not file a letter response raising meritorious issues on or before **January 16, 2026, at 4:00 p.m.**, the Court shall enter an Order affording a bond hearing to Petitioner, and that Order will require the bond hearing to occur on or before **January 23, 2026**.

7. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**