IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTOAYNER DE OLIVEIRA-FARIAS, *Petitioner* | : : : | CIVIL ACTION |
| v. | : : | |
| BRIAN MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, ICE, et al., *Respondents*. | : : : : | NO. 26-0160 |

# ORDER

**NOW**, this **16th day** of **January 2026**, upon consideration of Petitioner Waltoayner De Oliveira-Farias' Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 (ECF No. 1), the Court's January 12, 2026 Order (ECF No. 2), Petitioner's January 14, 2026 Certificate of Service (ECF No. 4), and Respondents' Letter dated January 15, 2026 (ECF No. 5), it is hereby **ORDERED** that the Petition for Writ of *Habeas Corpus* (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this Court's and District's prior cases, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191), which Respondents concede are not materially distinguishable, *see* ECF No. 5 at 1, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **January 23, 2026**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. §

      1226(a) on or before **January 23, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

4.     The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **January 30, 2026, at 5:00 p.m.** Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

 

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**