# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTOAYNER DE OLIVEIRA-FARIAS, : | |
| : | |
| Petitioner, : | Civil Action No. 26-160 |
| : | |
| v. : | |
| : | |
| BRIAN MCSHANE, Field Office Director of : | |
| Enforcement and Removal Operations, : | |
| Philadelphia Field Office, ICE, *et al.*, : | |
| : | |
| Respondents. : | |

## STIPULATION FOR TRANSFER OF PETITIONER

Petitioner Waltoayner De Oliveira-Farias and Respondents hereby stipulate and agree as follows:

1. Pursuant to the Court's January 16, 2026 Order (ECF No. 6), requiring Respondents to provide Mr. De Oliveira-Farias with a bond hearing in accordance with 8 U.S.C. § 1226(a) on or before January 23, 2026, Respondents have arranged to conduct a bond hearing for Petitioner on January 21, 2026, at 8:30 a.m.

2. For the sole purpose of conducting a bond hearing and complying with the Court's January 16, 2026 Order, the Government may transfer Mr. De Oliveira-Farias outside of the Eastern District of Pennsylvania to the Moshannon Valley Processing Center, where the Government can facilitate such hearings.

3. The Court shall retain jurisdiction over the Petition.

|  |  |
|---|---|
| Dated: January 17, 2026 | Respectfully submitted, |
|  |  |
|  | DAVID METCALF |
|  | United States Attorney |
|  |  |
| */s/ Conor A. Deane* | */s/ Alanna N. Pawlowski* |
| CONOR A. DEANE | ALANNA N. PAWLOWSKI |
| FERREIRA LAW | Assistant United States Attorney |
| 8100 Castor Avenue | 615 Chestnut Street, Suite 1250 |
| Philadelphia, PA 19152 | Philadelphia, PA 19106-4476 |
| (267) 521-2143 | (215) 861-8651 |
| conor@anaferreiralaw.com | Alanna.Pawlowski@usdoj.gov |
|  |  |
| *Counsel for Petitioner* | *Counsel for Respondents* |

**APPROVED BY THE COURT:**

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

**Dated: January 20, 2026**