IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTOAYNER DE OLIVEIRA-FARIAS,<br>*Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, Field Office Director of<br>Enforcement and Removal Operations,<br>Philadelphia Field Office, ICE, et al.,<br>*Respondent*s. | :<br>:<br>:<br>: | NO. 26-0160 |

**ORDER**

**AND NOW**, this **2nd day** of **February 2026**, upon review of Petitioner Waltoayner De Oliveira-Farias' Petition for Writ of Habeas Corpus (ECF No. 1), the Parties' Joint Status Update (ECF No. 9), and the docket, it is hereby **ORDERED** that on or before **February 6, 2026 at 12:00 p.m.,** Respondents shall respond to Petitioner's argument that his bond hearing did not comport with Due Process requirements and warrants immediate release.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**