## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTOAYNER DE OLIVEIRA-FARIAS,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN MCSHANE, Field Office Director of** | : | |
| **Enforcement and Removal Operations,** | : | |
| **Philadelphia Field Office, ICE, et al.,** | : | |
| *Respondent***s.** | : | **NO. 26-0160** |

## ORDER

**AND NOW**, this **13th** day of **February 2026**, upon review of Petitioner's Status Update (ECF No. 9), Respondents' Response to Petitioner's Arguments in Joint Status Report (ECF No. 11), the Audio Recording of Petitioner's bond hearing that was submitted to the Court (*see* ECF No. 11-1), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner moves the Court to reverse the denial of bond and for immediate release on the grounds that his bond hearing did not comport with due process requirements. ECF No. 9. Petitioner's request for relief (ECF No. 9) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

2. Any restrictions imposed on Petitioner's location by this Court are now lifted.

3. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.


        **BY THE COURT:**

        **/s/ Chad F. Kenney**

        _____

        **CHAD F. KENNEY, JUDGE**